**\*E-FILED ON 11/7/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHH MORTGAGE CORP., | No. C07-00369 JF (HRL) |
| Plaintiff, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| LANDMARK REAL ESTATE INVESTMENTS, INC., et al., | |
| Defendants. | |

On October 10, 2008, Judge Fogel set a November 14, 2008 further case management conference and referred this matter to the undersigned for a further settlement conference. It was not until November 7, 2008 that the parties contacted this court with proposed dates – the earliest of which is within the timeframe set by Judge Fogel, but which is not feasible for this court. Accordingly, a further settlement conference will be set for **December 5, 2008, 9:30 a.m.**, the next proposed date that is available to this court and which this court understands is also available for all parties.

Lead trial counsel shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative (and attorney, if any) with full authority to negotiate up to the limits of coverage shall also attend the Settlement Conference.

Personal attendance by counsel will not be excused under any circumstances and

personal attendance by a party will rarely be excused.  Permission for a party to attend by telephone may be granted upon written request made at least ten (10) calendar days in advance of the conference, **if** the party lives and works outside of the Northern District of California **and** attendance would constitute a severe, demonstrable hardship.  The nature of the hardship must be explained.  A copy of the written request must be served on all other parties.  Any objection to the request must be submitted within forty-eight (48) hours of receipt.  Both the request and objection may be submitted in letter form either by mail or facsimile to (408) 535-5410.  If telephone attendance is allowed, the party must be available throughout the entire conference.

Not later than seven (7) calendar days before the Settlement Conference, each party shall submit to this court a:

- **Settlement Conference Statement**, and a
- **Confidential Settlement Letter**

Both shall be placed in a sealed envelope marked "Settlement Conference Documents, Attn: Magistrate Judge Lloyd" and lodged with the Clerk's office, Room 2112, at the Courthouse in San Jose.  The Clerk will forward the envelope to this court's chambers.  These papers will not be filed with the Court.

**At the same time, a copy of the Settlement Conference Statement SHALL be served on all counsel and parties in pro se.**

**A copy of the Confidential Settlement Letter SHALL NOT be served on other counsel or pro se parties.**

The form and content of the **Settlement Conference Statement** may vary depending upon the nature of the case, the stage of the proceedings, and economic considerations.  Generally, it should include the following information:

1. Statement of Facts. A brief description of the substance of the claims and defenses presented.

2. Summary of Proceedings. A brief list of previous motions and their disposition, plus pending motions.

3. <u>Undisputed Matters</u>. A plain and concise statement of all material facts not reasonably disputable.

4. <u>Issues of Fact</u>. A plain and concise statement of the major factual issues in dispute.

5. <u>Issues of Law</u>. Including references to statutes and case law, a brief statement of the disputed points of law with respect to liability and damages. Extended legal argument is not necessary.

6. <u>Relief Sought</u>. A statement of the relief claimed, including a particularized itemization of all elements of damages.

7. <u>Prior Settlement Discussions</u>. A summary of prior settlement activity between the parties, including demands and offers.

The **Confidential Settlement Letter** shall include the following:

1. <u>Litigation Costs</u>. A brief statement of the approximate litigation costs to date and the estimated cost and time projected for further discovery, pretrial proceedings and trial.

2. <u>Settlement Analysis</u>. A brief and forthright evaluation of the strengths and weaknesses of the case and the probabilities of prevailing on the major issues in dispute.

3. <u>Discrete Issues</u>. Are there any discrete issues affecting the parties which, if resolved, would aid in the disposition of the case?

4. <u>Current Settlement Position</u>. Set forth a reasonable proposal of settlement.

5. <u>Other</u>.  Any other pertinent information which counsel or a pro se party wishes to share with the court in confidence.

Because the settlement conference will likely involve some assessment by the court of the claims, defenses, and relief sought in the case, parties should bring with them documents, deposition testimony, and any other materials, which support their positions.

It is not unusual for conferences to last two, three, or more hours.  Parties are encouraged to participate and frankly discuss their case.  Statements they make during the conference will not be admissible at trial to prove or disprove liability in the event the case does not settle.  The parties should be prepared to explore such topics as their settlement objectives,

1 perceived impediments to settlement, and possible creative avenues of resolution that would not
2 be possible except through a negotiated settlement.
3    Any request to continue the Settlement Conference shall be submitted in writing
4 promptly after consultation with the opposing party.  Submission by facsimile is acceptable
5 (408) 535-5410.
6    The parties shall notify the undersigned's Courtroom Deputy **immediately** at (408) 535-
7 5365 if this case settles prior to the date set for Settlement Conference.
8    SO ORDERED.
9 Dated:   November 7, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

4

**5:07-cv-369 Notice has been electronically mailed to:**

Ann Anh Phuong Nguyen aan@robinsonwood.com, rmv@robinsonwood.com

Ismael D. Perez easy@perezlawoffice.com

Jeffrey Paul Widman jpwidman@comcast.net

Marc Alan Eisenhart mae@gedlaw.com, anita@gedlaw.com

Matthew J. Durket mjd@durketlaw.com

Patricia Lynn McClaran plm@severson.com

Richard Augustus Swenson rsloofwcd@aol.com

Robin D. Dakan pushpa@mlfn.net

Roger Dean Wintle rdw@hlgusa.com, mlr@hlgusa.com, mnw@hlgusa.com

Ronald Zigmond Berki rzberkilaw@sbcglobal.net

Shawn Robert Parr shawn@parrlawgroup.com, kathy@parrlawgroup.com, natalia@parrlawgroup.com, sujata@parrlawgroup.com

Sunny K. Hur skh@severson.com

Suzanne M Hankins smh@severson.com, ldo@severson.com, ljt@severson.com

Timothy D. Widman tdwidman@comcast.net

William C. Dresser loofwcd@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.